JASON E. MURTAGH (SBN 294830)
jason.murtagh@bipc.com
MARY R. HACKETT (SBN 326482)
mary.hackett@bipc.com
DANIELLE S. COMSTOCK (SBN 363562)
danielle.comstock@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 W. Broadway, Suite 1100
San Diego, CA 92101
Telephone: 619-239-8700
Fax: 619-702-3898

Attorneys for Defendant
GOBRANDS, INC. dba GOPUFF

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLORIA SERMENO,<br><br>Plaintiff(s),<br><br>vs.<br><br>GOBRANDS, INC. dba GOPUFF and DOES 1-20, inclusive,<br><br>Defendant(s). | Case No.: 4:26-cv-08242<br><br>[Contra Costa Superior Court Case No. C26-02311]<br><br>**DECLARATION OF MARY R. HACKETT IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>Complaint Filed: July 7, 2026 |

I, MARY R. HACKETT, hereby declare and state:

1. I am an attorney with the law firm Buchanan, Ingersoll, & Rooney, LLP, and am one of the attorneys responsible for representing Defendant, GOBRANDS, INC. dba GOPUFF, ("Defendant") in the above-captioned action. I am over the age of 18. As an attorney of the firm, I am familiar with the office's filing and record-keeping procedures. I have personal knowledge of the matters stated in this declaration by virtue of my representation of Defendant in this action. If asked to testify as a witness, I could and would competently testify to the following facts:

2. On July 7, 2026, Plaintiff filed a lawsuit in the Superior Court of the State of California for the County of Contra Costa entitled *GLORIA SERMENO vs. GOBRANDS, INC. dba GOPUFF, and DOES 1 through 20, inclusive*, Case No. C26-02311. A true and correct copy of Plaintiff's Complaint and Civil Case Cover Sheet are attached hereto as **Exhibit 2**.

3. On July 7, 2026, the Superior Court of the State of California, County of Contra Costa issued a Summons. A true and correct copy of this document is attached hereto as **Exhibit 3.**

4. On July 8, 2026, the Superior Court of the State of California for the County of Contra Costa issued a Notice of Case Management Conference. A true and correct copy of this notice is attached hereto as **Exhibit 4**.

5. On information and belief, Defendant was served the Complaint and Summons on July 10, 2026.

6. To Defendant's knowledge, no other proceedings related hereto have been heard in this action.

7. No further proceedings have occurred in the matter now pending before the Contra Costa County Superior Court.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 7, 2026, in San Diego, California.

By: Mary R. Hackett [signature]
Mary R. Hackett